ROBERT S. GUTIERREZ (SBN 143223)
  *GutierrezR@ballardspahr.com*
ELIZABETH L. SCHILKEN (SBN 241231)
  *SchilkenE@ballardspahr.com*
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants
GANNETT CO., INC.; GANNETT MEDIA CORP.; GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY; DAVID HEATH; KEVIN MCCOY; MICHAEL REED; PAUL BASCOBERT; DONOVAN SLACK; KEN ALLTUCKER; MARIBEL WADSWORTH; and THOMAS CURLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation; GANNETT MEDIA CORP., a Delaware corporation; GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, a Delaware limited liability company; DAVID HEATH, an individual; KEVIN MCCOY, an individual; MICHAEL REED, an individual; PAUL BASCOBERT, an individual; DONOVAN SLACK, an individual; KEN ALLTUCKER, an individual; MARIBEL WADSWORTH, an individual; THOMAS CURLEY, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05838 GW (PJWx)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1] AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]**<br><br>Hon. George H. Wu |

DMWEST #40348116 v1

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, defendants Gannett Co., Inc. ("GCI"), Gannett Media Corp. ("GMC"), Gannett Satellite Information Network, LLC, d/b/a USA Today ("GSIN"), David Heath, Kevin McCoy, Michael Reed, Paul Bascobert, Donovan Slack, Ken Alltucker, Maribel Wadsworth, and Thomas Curley (each a "Defendant" and collectively "Defendants") hereby disclose that defendant GCI is the parent company of defendants GMC and GSIN, and that Vanguard and Black Rock are the only publicly traded companies owning 10 percent or more of GCI's stock.

Further, pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Vivera Pharmaceuticals, Inc. | Plaintiff |
| Gannett Co., Inc. | Defendant |
| Gannett Media Corp. | Defendant |
| Gannett Satellite Information Network, LLC d/b/a USA Today | Defendant |
| David Heath | Defendant |
| Kevin McCoy | Defendant |
| Michael Reed | Defendant |
| Paul Bascobert | Defendant |
| Donovan Slack | Defendant |
| Ken Alltucker | Defendant |
| Maribel Wadsworth | Defendant |
| Thomas Curley | Defendant |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

| PARTY | CONNECTION/INTEREST |
|---|---|
| Mutual Insurance Company Limited | Insurance carrier |

DATED:  July 29, 2020

BALLARD SPAHR LLP

By:      /s/  Robert S. Gutierrez
        ROBERT S. GUTIERREZ
Attorneys for Defendants
GANNETT CO., INC.; GANNETT MEDIA CORP.; GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY; DAVID HEATH; KEVIN MCCOY; MICHAEL REED; PAUL BASCOBERT; DONOVAN SLACK; KEN ALLTUCKER; MARIBEL WADSWORTH; and THOMAS CURLEY

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #40348116 v1

2

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**