Albert T. Liou (State Bar No. 180258)
aliou@lkpgl.com
LKP GLOBAL LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California  90067
424.239.1890

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC. | CASE NUMBER |
| Plaintiff(s), | 2:20-cv-05838 GW (PJWx) |
| v. | |
| GANNETT CO., INC. et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
  dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
  dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
  dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
  _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
  brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 28, 2020 | [signature] |
| *Date* | *Signature of Attorney/Party* |

***NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

1

## PROOF OF SERVICE

2

3

I am employed in the City and County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 1901 Avenue of the Stars, Suite 480, Los Angeles, California 90067-2516.

4

5

On **August 28, 2020**, I served the foregoing document described as follows:

6

### NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

7

8

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

9

10

11

12

13

14

Robert S. Gutierrez, Esq.
   GutierrezR@ballardspahr.com
Elizabeth L. Schilken, Esq.
   SchilkenE@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel: (424) 204-4400
Fax: (4240 204-4350

*Attorneys for Defendants*
GANNETT CO., INC.; GANNETT MEDIA CORP.; GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY; DAVID HEATH; KEVIN MCCOY; MICHAEL REED; PAUL BASCOBERT; DONOVAN SLACK; KEN ALLTUCKER; MARIBEL WADSWORTH; and THOMAS CURLEY

15

16

17

18

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

19

20

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

21

22

23

         /s/ Fran Castro
                    Fran Castro

24

25

26

27

28

## PROOF OF SERVICE